UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: CR05-157RSL |
| v. ) | |
| ) | |
| ESAIAS TECLE, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Violation of conditions of bond.

Date of Detention Hearing:  Initial Appearance, April 21st, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The Pretrial Services Violation Report and Request for Warrant dated April 11, 2005, indicates the defendant has violated his condition of bond requiring him to submit to drug and alcohol testing by failing to report for testing on March 25, 2005. In addition, defendant has violated his condition of bond by committing the offense of Violation of the Uniform Controlled

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                            Rev. 1/91
PAGE 1

01 Substance Act (VUSA) on April 8, 2005.

02     (2)    The defendant appears to be unable or unwilling to comply with drug treatment
03 programs.

04     (3)    There appear to be no conditions or combination of conditions that will reasonably
05 assure the defendant's appearance at future Court hearings and that will address the danger to
06 other persons or the community.

07     IT IS THEREFORE ORDERED:

08     (1)    Defendant shall be detained pending trial and committed to the custody of the
09 Attorney General for confinement in a correction facility separate, to the extent
10 practicable, from persons awaiting or serving sentences or being held in custody
11 pending appeal;

12     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
13 counsel;

14     (3)    On order of a court of the United States or on request of an attorney for the
15 government, the person in charge of the corrections facility in which defendant is
16 confined shall deliver the defendant to a United States Marshal for the purpose of
17 an appearance in connection with a court proceeding; and

18     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
19 counsel for the defendant, to the United States Marshal, and to the United States
20 Pretrial Services Officer.

21

22     DATED this 25th day of April, 2005.

23

24

25     /s/ JAMES P. DONOHUE
    United States Magistrate Judge

26

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2