1
2
3                                    THE HONORABLE ROBERT S. LASNIK
4
5
6
7
                        UNITED STATES DISTRICT COURT
8                      WESTERN DISTRICT OF WASHINGTON
                                  AT SEATTLE
9   UNITED STATES OF AMERICA,
                                              NO.  CR05-0157 RSL
10                    Plaintiff,
                                              ORDER GRANTING STIPULATED
11            v.                              MOTION TO CONTINUE PRETRIAL
                                              MOTIONS DEADLINE AND TRIAL
12  ESAIAS TECLE                              DATE

13                    Defendant.

14        THIS MATTER HAVING COME on/or before the undersigned Judge, upon the
15
    defendant in this matter for an order continuing the pretrial motions deadline and the trial
16
    date, and the court having considered the records and files herein.
17
         THE COURT HAVING FOUND that requiring defendant's counsel to meet the
18
    current motions cutoff date and trial date would deny counsel a reasonable time necessary
19
    for effective preparation, taking into consideration the exercise of due diligence, and that
20
    continuing the dates for pretrial motions and trial on the ground that the "ends of justice
21
    served by taking such action outweigh the best interest of the public and the defendant in
22
    a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).
23
24

1    IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is
2    continued from May 19, 2005 to August 1, 2005; and the trial date in this matter is
3    continued from June 27, 2005 to September 12, 2005.

4    IT IS FURTHER ORDERED that the period of time from the current trial date of
5    June 27, 2005 to September 12, 2005 is excluded in calculating the time within which trial
6    must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

7    DONE IN OPEN COURT this 24th day of May, 2005.

8
9                                          _____
                                           Robert S. Lasnik
10                                         United States District Judge

11                                         Presented by:

12

13                                         Esaias Tecle, represented by:
                                           LAW OFFICES OF
14                                         JOHN HENRY BROWNE
                                           s/ John Henry Browne
15                                         WSBA # 4677
                                           2100 Exchange Building
16                                         Seattle, Washington 98104
                                           Phone: 206-388-0777
17                                         Fax: 206- 388-0780

18                                         Approved for entry:

19                                         Plaintiff, USA, represented by:
                                           UNITED STATES ATTORNEY'S OFFICE
20                                         s/ Todd Greenberg, AUSA via telephonic
                                           approval
21                                         700 Stewart Street
                                           Seattle, Washington 98101
22                                         Phone: 206-553-2636
                                           Fax: 206-553-4440
23                                         Email:  Todd.Greenberg4@usdoj.gov

24

ORDER GRANTING STIPULATED                 LAW OFFICES OF JOHN HENRY BROWNE, P.S.
MOTION TO CONTINUE PRETRIAL               2100 EXCHANGE BUILDING
MOTIONS DEADLINE AND TRIAL                821 SECOND AVENUE
                                          SEATTLE, WASHINGTON 98104
DATE - 2                                  (206) 388-0777 • FAX: (206) 388-0780