UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

     v

ESAIAS TECLE,

               Defendant.

NO.  CR05-157L

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The imposition of sentence for the above named defendant has been rescheduled from Friday,

April 21, 2006 to **Friday, June 2, 2006 at 11:30 a.m.** in courtroom 15106 before the Honorable

Robert S. Lasnik, United States District Court Judge.

DATED this 11th day of April 2006.

s/ Mary Duett *for*
by Kerry Simonds, Deputy Clerk
To Robert S.  Lasnik, Judge
206-370-8519

MINUTE ORDER